**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 08-4259
_____

ELIZABETH PICHARDO,

Petitioner

v.

VIRGIN ISLANDS COMMISSIONER OF LABOR;
COOL IT, INC. d/b/a AGAVE TERRACE RESTAURANT,

Respondents.
_____

On Writ of Certiorari from the Supreme Court
for the Virgin Islands
(S. Ct. Civ. No. 2007-061)

Argued December 2, 2009

Before: McKEE, Chief Judge, FUENTES, and NYGAARD,
Circuit Judges.

(Opinion Filed: July 8, 2010)

Joel H. Holt, Esq.        (Argued)
2132 Company Street
Christiansted, St. Croix
United States Virgin Islands, 00820

    Counsel for Petitioner Elizabeth Pichardo

Vincent F. Frazer, Esq.
Elliott M. Davis, Esq.
Richard S. Davis, Esq.     (Argued)
Department of Justice
34-38 Kronprindsens Gade
GERS Building, Second Floor
St. Thomas
United States Virgin Islands, 00802

    Counsel for Respondent Government of the Virgin Islands

———————

ORDER AMENDING OPINION

———————

2

FUENTES, <u>Circuit Judge</u>.


IT IS NOW ORDERED that on page 15, second full paragraph, change statutory citation from 12 U.S.C. § 1613 to 48 U.S.C. § 1613.


<u>/s/ Julio M. Fuentes</u>

Circuit Judge


DATED: August 11, 2010

3